# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

CRAIG T. POPE

_____/

**INDICTMENT**

3:18cr 45/RV

THE GRAND JURY CHARGES:

## COUNT ONE

On or about April 26, 2017, in the Northern District of Florida and elsewhere, the defendant,

**CRAIG T. POPE,**

did knowingly cause to be delivered by the United States Postal Service, a communication to Judge Michelle Sisco containing a true threat to injure the person of another, with the intent that this communication be perceived as a true threat, by stating:

> "someone in your courtroom will die and not only that, there will be an outbreak of anthrax in your courthouse who knows where I will send it first . . . time is ticking."

Returned in open court pursuant to Rule 6(f)

Date: April 17, 2018

United States Magistrate Judge

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWO

On or about May 14, 2017, in the Northern District of Florida and elsewhere, the defendant,

### CRAIG T. POPE,

did knowingly cause to be delivered by the United States Postal Service, a communication to Judge Michelle Sisco containing a true threat to injure the person of another, with the intent that this communication be perceived as a true threat, by stating:

> "here is a gift of Anthrax and when you receive this letter you will have exactly 4 hours before the courthouse explodes.   The bomb is already in place . . ."

In violation of Title 18, United States Code, Section 876(c).

## COUNT THREE

On or about May 14, 2017, in the Northern District of Florida and elsewhere, the defendant,

### CRAIG T. POPE,

without lawful authority, did knowingly threaten to use a weapon of mass destruction, to wit, anthrax, against a person within the United States, and the mail

and any facility of interstate and foreign commerce was used in furtherance of the offense.

In violation of Title 18, United States Code, Section 2332a.

A TRUE BILL:

███████████████████
FOREPERSON

4-17-18
DATE

CHRISTOPHER P. CANOVA
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

3